UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON DAVIS,

       Plaintiff,

v.                                      Case No. 1:10-cv-00169-SPM-GRJ

NORTHSTAR LOCATION SERVICES, LLC,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

      NOW COMES the Plaintiff, SHARON DAVIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

      Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                    RESPECTFULLY SUBMITTED,

                                                  By: /s/ Nicholas J. Bontrager
                                                  [ ] Nicholas J. Bontrager
                                                  Attorney for Plaintiff
                                                  Krohn & Moss, Ltd.
                                                  10474 Santa Monica Blvd., Suite 401
                                                  Los Angeles, CA 90025
                                                  Phone: (323) 988-2400 x 229
                                                  Fax: (323) 802-0021
                                                  nbontrager@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I, Brooke Letterle, certify that a true and correct copy of the foregoing was served via USPS First Class Mail on November 2, 2010 upon the following:

Linda M. Leising
Compliance Officer
Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225

By: _____
Brooke Letterle
Paralegal