IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON DAVIS,

    Plaintiff,

v.                                            CASE NO.: 1:10cv169-SPM/GRJ

LANCE, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 6) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 9th day of November, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge